JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BATTIOLA,<br><br>    Plaintiff,<br><br>v.<br><br>NUTRIBULLET, L.L.C. et al.,<br><br>    Defendants. | Case No. 2:19-cv-00305-SB-GJS<br><br>ORDER OF DISMISSAL |

    Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date: June 2, 2025

                                          Stanley Blumenfeld, Jr.
                                        United States District Judge